# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 8:23-cr-25-VMC-AEP**

**AMBER MARIE SMITH-STEWART**

AUSA: Kara Wick

Defense Attorney: Erin Hyde, Federal Public Defender

| JUDGE: | **CELESTE F. BREMER**<br>United States Magistrate Judge | DATE AND TIME: | **January 23, 2023**<br>4:01 P.M.- 4:23 P.M. |
|---|---|---|---|
| Courtroom: | 3C | TOTAL TIME: | 22 Minutes |
| DEPUTY CLERK: | Jenifer White | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**INITIAL APPEARANCE**

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant.
Court advises defendant of their rights.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Defense oral motion for appointment of counsel-Motion granted- Court appoints FPD- Order to enter.
Defendant waives formal reading of Indictment and enters a plea of not guilty.
Government oral motion for release- Motion granted - Order to enter.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court adjourned