

# 2022 VIOLENCE & DISRUPTION STATISTICS





Ex. D

*In a year marked by a devastating Supreme Court decision and subsequent state abortion bans, anti-abortion extremists were emboldened and there was an increase in major incidents targeting abortion providers, including arsons, burglaries, death threats, and invasions.*

**Since 1977, there have been 11 murders, 42 bombings, 200 arsons, 531 assaults, 492 clinic invasions, 375 burglaries, and thousands of other incidents of criminal activities directed at patients, providers, and volunteers.**

# OVERVIEW

The 2022 Violence & Disruption Statistics show increases in major incidents like arsons, burglaries, death threats, and invasions overall; a sharp increase in violence and disruption in states that are protective of abortion rights; and anti-abortion centers ramping up efforts to deceive and obstruct patients seeking abortion care.

In a year marked by a devastating Supreme Court decision that overturned *Roe v. Wade*, and subsequent state abortion bans, anti-abortion extremists were emboldened and traveled to states where abortion remained legal to target clinics there.

The 2022 statistics show a decrease in some activities, including trespassing and assault and battery, which are likely attributed to clinic closures. In 2022, dozens of clinics across the country were forced to close as a result of state-level abortion bans and anti-abortion extremism. Some of the closed clinics were unable to report any data in 2022 and others only reported for part of the year. These closures account for some decreases in incidents, including reports of assault & battery as one of the clinics that closed had reported more than 100 incidents in 2021 and reported no data for 2022. We also suspect underreporting in some categories due to provider fatigue, staff turnover, and some clinics not having the staff or capacity to monitor or report protesters or other anti-abortion activity, especially as they managed surges in patients.

We have also seen anti-abortion individuals and groups begin to use encrypted communication tools and services like Signal, Telegram, Discord, and Session. These tools allow extremists to coordinate and share anti-abortion sentiment, actions, and tactics more privately and anonymously. This shift likely contributed to a slight decrease in the incidents of hate email/internet harassment that we were able to document in 2022.

# 2022 INCREASES



2021   2022

| Category | 2021 | 2022 |
| --- | --- | --- |
| Arson | 2 | 4 |
| Invasion | 16 | 20 |
| Anthrax/Bioterrorism Threats | 0 | 4 |
| Death Threats/Threats of Harm | 182 | 218 |
| Burglary | 13 | 43 |
| Stalking | 28 | 92 |
| Hoax Devices/Suspicious Packages | 71 | 73 |
| Bomb Threats | 9 | 10 |

# Arsons



In 2022, we saw a 100% increase in arsons compared to 2021. There were four reported arsons in 2022 and three of those took place in states that are protective of abortion rights.

One of the arsons took place at a clinic in Casper, Wyoming that was set to open in June 2022. On May 25, 2022, just a few weeks after the draft *Dobbs* decision was leaked, someone broke into the clinic and set it on fire. The arson devastated staff, delayed the clinic opening for almost a year, and cost hundreds of thousands of dollars in repairs. A suspect was arrested in connection with this crime in April 2023.



**3/8/2022 BAKERSFIELD, CA**

**5/25/2022 CASPER, WY**

**7/31/2022 KALAMAZOO, MI**

**12/28/2022 LAS VEGAS, NV**

# 100%

Increase in arsons from 2021 to 2022



Listen to NAF member Julie Burkhart talk about experiencing an arson in May 2022

# Invasions

We once again documented an increase in clinic invasions, with 20 invasions reported in 2022.

Clinic invasions vary in length and can delay patient care. In some cases, the perpetrators make fake appointments to gain access to the clinic while posing as patients and they cause disruptions and refuse to leave until law enforcement is called. In others, they physically force their way into the clinic unannounced and refuse to leave.





Extremists have turned to social media platforms like TikTok and Instagram to coordinate clinic invasions, record them, and share them with their networks. The videos are used as a marketing tool to gain followers and recruit new members. Many of these videos depict extremists illegally entering clinics and harassing patients and clinic staff or causing loud disruptions.

# 25%

Increase in invasions from 2021 to 2022

# Death Threats/Threats of Harm

**Examples of threats posted online in 2022**

*"Me and the boys about to bomb a planned parenthood"*

*"Time to bomb abortion clinics"*

*"pro-life but has access to anthrax and will use it against ppl in planned parenthood"*

*"This is 2022. Its [sic] time to take all the abortionists and burn them at the stake. They are witches."*

*"Hey 👋 it's okay to set fire to abortion clinics! Especially when your assassins for hire are still inside! Preferably when they also cannot escape!"*

*"Death to abortionists"*

*"The abortion clinic is now a free fire zone."*





Abortion care providers continued to receive focused threats through phone calls, text messages, online posts, flyers, and in the mail. This hate speech often escalates into death threats and threats of harm.

In 2022, we documented a 20% increase in death threats/threats of harm over 2021.

## 20%

Increase in death threats/threats of harm from 2021 to 2022



Listen to NAF member "Dr. B." talk about receiving a death threat in June 2022

2022 VIOLENCE & DISRUPTION STATISTICS

# Stalking



In 2022, we saw an increase in incidents of stalking targeting abortion clinic staff and patients. Providers reported being followed en route to and from clinics as well as people repeatedly stalking patients as they entered and exited clinics every week.

## 229%

Increase in stalking from 2021 to 2022

# Anthrax/Bioterrorism Threats

For the first time in more than a decade, facilities reported receiving suspicious envelopes containing a white powdery substance. Letters threatening anthrax poisoning were first used to terrorize and disrupt reproductive health care clinics in October 1998, just days after the murder of abortion provider Dr. Barnett Slepian and the last reported incident was in 2011. In one of the incidents this year, a clinic in Ohio received an envelope with a threatening note, white powder, and the word "Anthrax" was observed. While investigation proved that none of the letters actually contained anthrax toxin, every case resulted in frightening clinic staff, disrupting services, and wasting valuable law enforcement resources.

# Burglary



Burglaries increased 231% in 2022, with 43 incidents reported.

Burglary typically results in damage to property and carries a definite boldness to commit.

## 231%

Increase in burglary from 2021 to 2022

# Incidents in Protective States

In 2022, many anti-abortion extremists shifted their attention to protective states after dozens of clinics were forced to close in states that banned abortion. Clinics in protective states saw a disproportionate increase in violence and disruption this year:

- Assault and batteries increased by 29% (compared to a 67% decrease overall)
- Stalking increased by 913% (compared to a 229% increase overall)
- Hoax Devices/Suspicious Packages increased by 21% (compared to a 3% increase overall)
- Bomb threats increased by 133% (compared to an 11% increase overall)
- Picketing increased by 21% (compared to a 2% decrease overall)
- Obstructions increased 538% (compared to a 14% decrease overall)

| Overall (All States) | 2021 | 2022 |
|---|---|---|
| Murder | 0 | 0 |
| Attempted Murder | 0 | 0 |
| Bombing | 0 | 0 |
| Arson | 2 | 4 |
| Attempted Bombing / Arson | 1 | 1 |
| Invasion | 16 | 20 |
| Vandalism | 123 | 101 |
| Trespassing | 977 | 395 |
| Butyric Acid Attacks | 0 | 0 |
| Anthrax/Bioterrorism Threats | 0 | 4 |
| Assault & Battery | 123 | 40 |
| Kidnapping | 0 | 0 |
| Burglary | 13 | 43 |
| Stalking | 28 | 92 |
| Hate Mail/Harassing Calls | 2,999 | 2,413 |
| Hoax Devices/Suspicious Packages | 71 | 73 |
| Bomb Threats | 9 | 10 |
| Picketing | 114,093 | 112,086 |
| Obstruction | 2,439 | 2,100 |
| Blockades | 11 | 6 |

| U.S. "Protective"* States | 2021 | 2022 |
|---|---|---|
| Murder | 0 | 0 |
| Attempted Murder | 0 | 0 |
| Bombing | 0 | 0 |
| Arson | 1 | 3 |
| Attempted Bombing / Arson | 0 | 1 |
| Invasion | 4 | 9 |
| Vandalism | 60 | 57 |
| Trespassing | 470 | 217 |
| Butyric Acid Attacks | 0 | 0 |
| Anthrax/Bioterrorism Threats | 0 | 3 |
| Assault & Battery | 7 | 9 |
| Kidnapping | 0 | 0 |
| Burglary | 5 | 10 |
| Stalking | 8 | 81 |
| Hate Mail/Harassing Calls | 2,204 | 1,318 |
| Hoax Devices/Suspicious Packages | 47 | 57 |
| Bomb Threats | 3 | 7 |
| Picketing | 33,907 | 40,863 |
| Obstruction | 45 | 287 |
| Blockades | 4 | 5 |

*"Protective" states include the following categories from the Guttmacher Institute as of May 9, 2023: Most protective, Very protective, Protective, and Some restrictions/protections (these states include DE, MI, NV, NH, RI, and VA).

# Anti-Abortion Centers

Anti-abortion centers, sometimes called "crisis pregnancy centers" (CPCs), are fake clinics, often subsidized by taxpayer dollars, that use deceptive practices to dissuade people from seeking abortions. These centers exist in every state—even those that are protective of abortion rights—and they target not only people who live in those states, but those who are traveling from another state to access abortion care.  Anti-abortion centers and attacks on abortion clinics are both instrumental to the infrastructure of the anti-abortion movement. CPCs are simply another tactic in the war on bodily autonomy and reproductive justice that work in tandem with others.

Anti-abortion centers are a major part of anti-abortion activists' post-*Dobbs* strategy. As clinics close or stop providing abortion care, anti-abortion centers are shifting their efforts to more sophisticated, planned-out attacks, and incidents are on the rise.

Anti-abortion centers attempt to block people's access to abortion care by:
- Lying to people about how far along they are in their pregnancy so they delay care or miss the deadline for their state's gestational limit;
- Opening anti-abortion centers next to clinics, mimicking the names of real clinics, and tricking clinic patients into coming into their centers; and
- Packing clinic schedules with fake appointments so people who truly need care miss out.

Major social media companies help these anti-abortion centers. Google directs people to them in search results, and Meta actively suppresses accurate information on abortion while leaving anti-abortion misinformation in place.

In early 2023, the FBI announced a $25,000 reward for anyone with information about a series of attacks on "reproductive health clinics" in 2022. But nine of the 10 organizations that the agency listed in its announcement are anti-abortion centers—not abortion clinics. The well-organized extremist violence against abortion providers should not be conflated with acts of vandalism against fake clinics. And many of the individuals and politicians who are suddenly concerned about the violence against these buildings have been silent for decades as medical providers have been stalked and murdered for doing their jobs—and some of those same people who are outraged now have even encouraged that violence against abortion providers.

In 2022, we saw anti-abortion centers attempt to take advantage of the confusion and chaos caused by the *Dobbs*-decision and state abortion bans. Especially in the new post-*Dobbs* landscape, it is essential to help patients access the care they want and need—and that starts with making sure they know the difference between a real health care facility, and an organization trying to trick them and force them into carrying an unwanted pregnancy to term.

# Methodology

NAF has been tracking incidents of violence and disruption against reproductive health care providers since 1977. NAF asks our member facilities and allied organizations to submit monthly reports on the anti-abortion incidents that they experience. We conduct telephone and email follow up to our member clinics to acquire completed reports and to gather additional information about reported incidents as needed. If we are not able to validate an incident, it is not included in our statistics, which suggests that actual incidents are higher than reported. This year, 80% of our facility members reported data to us. In the 2022 statistics, we suspect underreporting in a number of categories, including picketing, hate mail/calls, hate email/internet harassment, obstruction, and trespassing.

NAF continues to work with an outside security firm to monitor threats and track scheduled anti-abortion events. NAF collects and compiles this data to detect patterns in anti-abortion criminal activities and appropriately report these trends to law enforcement. However, the shift among anti-abortion individuals and groups to use encrypted communication tools and services like Signal, Telegram, Discord, and Session likely contributed to a slight decrease in the incidents of hate email/internet harassment that we were able to document in 2022.

Numbers prior to 2013 represent the United States and Canada only. Numbers from 2013-2021 represent the United States, Canada, Mexico City, and Colombia, and numbers from 2022 represent the United States, Canada, and Colombia.

## ACKNOWLEDGEMENTS

NAF's Security & Safe Access Program is generously supported by a number of private foundations and individual donors. We appreciate this ongoing support, which enables us to provide our members with 24/7 security support, trainings and assessments, and the collection and production of these statistics.

We offer special thanks to the Guttmacher Institute's Rachel Jones, PhD, for support around our methodology and The Endora Project for additional information about anti-abortion centers.

| NAF VIOLENCE AND DISRUPTION STATISTICS (2020 - 2022)<br>INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS | | | | |
|---|---|---|---|---|
| | 2020 | 2021 | 2022 | Totals 2020 - 2022 |
| **Violence** | | | | |
| Murder | 0 | 0 | 0 | 0 |
| Attempted Murder | 0 | 0 | 0 | 0 |
| Bombing | 0 | 0 | 0 | 0 |
| Arson | 5 | 2 | 4 | 11 |
| Attempted Bombing / Arson | 4 | 1 | 1 | 6 |
| Invasion | 7 | 16 | 20 | 43 |
| Vandalism | 80 | 123 | 101 | 304 |
| Trespassing[1] | 1,265 | 977 | 395 | 2,637 |
| Butyric Acid Attacks | 0 | 0 | 0 | 0 |
| Anthrax / Bioterrorism Threats | 0 | 0 | 4 | 4 |
| Assault & Battery | 54 | 123 | 40 | 217 |
| Death Threats / Threats of Harm[2] | 200 | 182 | 218 | 600 |
| Kidnapping | 0 | 0 | 0 | 0 |
| Burglary[3] | 8 | 13 | 43 | 64 |
| Stalking[4] | 4 | 28 | 92 | 124 |
| **Totals** | **1,627** | **1,465** | **918** | **4,010** |
| **Disruption** | | | | |
| Hate Mail / Harassing Calls | 3,413 | 2,999 | 2,413 | 8,825 |
| Hate Email / Internet Harassment[5] | 24,646 | 25,026 | 19,765 | 69,437 |
| Hoax Devices / Suspicious Packages[6] | 27 | 71 | 73 | 171 |
| Bomb Threats | 5 | 9 | 10 | 24 |
| Picketing[7] | 115,517 | 114,093 | 112,086 | 341,696 |
| Obstruction[8] | 2,712 | 2,439 | 2,100 | 7,251 |
| **Totals** | **146,320** | **144,637** | **136,447** | **427,404** |
| **Clinic Blockades** | | | | |
| Number of Incidents | 2 | 11 | 6 | 19 |
| Number of Arrests[9] | 18 | 27 | 20 | 65 |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.

**NAF VIOLENCE AND DISRUPTION STATISTICS (2010 - 2019)**
**INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS**

NATIONAL ABORTION FEDERATION

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Totals 2010-2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Violence** | | | | | | | | | | | |
| Murder | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 3 |
| Attempted Murder | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 9 |
| Bombing | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Arson | 0 | 1 | 5 | 0 | 1 | 4 | 1 | 1 | 1 | 1 | 15 |
| Attempted Bombing / Arson | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 4 |
| Invasion | 0 | 0 | 0 | 8 | 1 | 6 | 7 | 11 | 8 | 19 | 60 |
| Vandalism | 22 | 27 | 12 | 5 | 12 | 67 | 109 | 92 | 125 | 70 | 541 |
| Trespassing[1] | 45 | 69 | 47 | 264 | 78 | 118 | 247 | 823 | 1,135 | 1,507 | 4,333 |
| Butyric Acid Attacks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anthrax / Bioterrorism Threats | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Assault & Battery | 4 | 3 | 7 | 0 | 1 | 6 | 36 | 36 | 15 | 24 | 132 |
| Death Threats / Threats of Harm[2] | 2 | 2 | 6 | 2 | 1 | 94 | 33 | 62 | 57 | 92 | 351 |
| Kidnapping | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Burglary[3] | 13 | 8 | 5 | 0 | 1 | 9 | 66 | 34 | 13 | 9 | 158 |
| Stalking[4] | 7 | 1 | 6 | 20 | 4 | 9 | 22 | 21 | 14 | 2 | 106 |
| **Totals** | 95 | 114 | 88 | 299 | 99 | 325 | 521 | 1,081 | 1,369 | 1,724 | 5,715 |
| **Disruption** | | | | | | | | | | | |
| Hate Mail / Harassing Calls | 404 | 365 | 452 | 420 | 367 | 373 | 869 | 1,156 | 1,388 | 3,123 | 8,917 |
| Hate Email / Internet Harassment[5] | 44 | 17 | 41 | 88 | 91 | 25,839 | 42,726 | 15,773 | 21,252 | 22,366 | 128,237 |
| Hoax Devices / Suspicious Packages[6] | 8 | 2 | 7 | 2 | 9 | 35 | 29 | 30 | 4 | 2 | 128 |
| Bomb Threats | 12 | 1 | 1 | 4 | 1 | 4 | 9 | 8 | 3 | 8 | 51 |
| Picketing[7] | 6,347 | 4,780 | 5,706 | 5,574 | 5,402 | 21,715 | 61,562 | 78,114 | 99,409 | 123,228 | 411,837 |
| Obstruction[8] | | | 79 | 396 | 251 | 242 | 580 | 1,704 | 3,038 | 3,387 | 9,677 |
| **Totals** | 6,815 | 5,165 | 6,286 | 6,484 | 6,121 | 48,208 | 105,775 | 96,785 | 125,094 | 152,114 | 558,847 |
| **Clinic Blockades** | | | | | | | | | | | |
| Number of Incidents | 1 | 5 | 6 | 3 | 23 | 45 | 51 | 104 | 43 | 9 | 290 |
| Number of Arrests[9] | 0 | 0 | 4 | 1 | 0 | 0 | 1 | 10 | 2 | 0 | 18 |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.

**NAF VIOLENCE AND DISRUPTION STATISTICS (2000 - 2009)**
**INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | Totals 2000-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Violence** | | | | | | | | | | | |
| Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Attempted Murder | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Bombing | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Arson | 2 | 2 | 1 | 3 | 2 | 2 | 0 | 2 | 0 | 0 | 14 |
| Attempted Bombing / Arson | 3 | 2 | 0 | 0 | 1 | 6 | 4 | 2 | 1 | 1 | 20 |
| Invasion | 4 | 2 | 1 | 0 | 0 | 0 | 4 | 7 | 6 | 1 | 25 |
| Vandalism | 56 | 58 | 60 | 48 | 49 | 83 | 72 | 59 | 45 | 40 | 570 |
| Trespassing[1] | 81 | 144 | 163 | 66 | 67 | 633 | 336 | 122 | 148 | 104 | 1,864 |
| Butyric Acid Attacks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anthrax / Bioterrorism Threats | 30 | 554 | 23 | 0 | 1 | 0 | 0 | 1 | 3 | 2 | 614 |
| Assault & Battery | 7 | 2 | 1 | 7 | 8 | 8 | 11 | 12 | 6 | 9 | 71 |
| Death Threats / Threats of Harm[2] | 9 | 14 | 3 | 7 | 4 | 10 | 10 | 13 | 2 | 16 | 88 |
| Kidnapping | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| Burglary[3] | 5 | 6 | 1 | 9 | 5 | 11 | 30 | 12 | 7 | 12 | 98 |
| Stalking[4] | 17 | 10 | 12 | 3 | 15 | 8 | 6 | 19 | 19 | 1 | 110 |
| **Totals** | 215 | 795 | 265 | 143 | 152 | 761 | 474 | 249 | 237 | 187 | 3,478 |
| **Disruption** | | | | | | | | | | | |
| Hate Mail / Harassing Calls | 1,011 | 404 | 230 | 432 | 453 | 515 | 548 | 522 | 396 | 1,699 | 6,210 |
| Hate Email / Internet Harassment[5] | | | 24 | 70 | 51 | 77 | 25 | 38 | 44 | 16 | 345 |
| Hoax Devices / Suspicious Packages[6] | | | 41 | 13 | 9 | 16 | 17 | 23 | 24 | 17 | 160 |
| Bomb Threats | 20 | 31 | 7 | 17 | 13 | 11 | 7 | 6 | 13 | 4 | 129 |
| Picketing[7] | 8,478 | 9,969 | 10,241 | 11,348 | 11,640 | 13,415 | 13,505 | 11,113 | 12,503 | 8,388 | 110,600 |
| Obstruction[8] | | | | | | | | | | | |
| **Totals** | 9,509 | 10,404 | 10,543 | 11,880 | 12,166 | 14,034 | 14,102 | 11,702 | 12,980 | 10,124 | 117,444 |
| **Clinic Blockades** | | | | | | | | | | | |
| Number of Incidents | 4 | 2 | 4 | 10 | 34 | 4 | 13 | 7 | 8 | 1 | 87 |
| Number of Arrests[9] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 4 |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.

**NAF VIOLENCE AND DISRUPTION STATISTICS (1990 - 1999)**
**INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS**

| | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | Totals 1990-99 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Violence** | | | | | | | | | | | |
| Murder | 0 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 2 | 0 | 7 |
| Attempted Murder | 0 | 2 | 0 | 1 | 8 | 1 | 1 | 2 | 1 | 0 | 16 |
| Bombing | 1 | 1 | 0 | 1 | 1 | 1 | 2 | 6 | 1 | 1 | 15 |
| Arson | 10 | 8 | 19 | 12 | 11 | 14 | 3 | 8 | 4 | 7 | 96 |
| Attempted Bombing / Arson | 3 | 1 | 13 | 7 | 3 | 1 | 4 | 2 | 5 | 0 | 39 |
| Invasion | 19 | 29 | 26 | 24 | 2 | 4 | 0 | 7 | 5 | 1 | 117 |
| Vandalism | 26 | 44 | 116 | 113 | 42 | 31 | 29 | 105 | 46 | 23 | 575 |
| Trespassing[1] | | | | | | | | | | 193 | 193 |
| Butyric Acid Attacks | 0 | 0 | 57 | 15 | 8 | 0 | 1 | 0 | 19 | 0 | 100 |
| Anthrax / Bioterrorism Threats | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 35 | 47 |
| Assault & Battery | 6 | 6 | 9 | 9 | 7 | 2 | 1 | 9 | 4 | 0 | 53 |
| Death Threats / Threats of Harm[2] | 7 | 3 | 8 | 78 | 59 | 41 | 13 | 11 | 25 | 2 | 247 |
| Kidnapping | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Burglary[3] | 2 | 1 | 5 | 3 | 3 | 3 | 6 | 6 | 6 | 0 | 35 |
| Stalking[4] | | | | 188 | 22 | 61 | 52 | 67 | 13 | 1 | 404 |
| **Totals** | 15 | 10 | 22 | 278 | 91 | 107 | 72 | 93 | 49 | 3 | 1,945 |
| **Disruption** | | | | | | | | | | | |
| Hate Mail / Harassing Calls | 21 | 142 | 469 | 628 | 381 | 255 | 605 | 2,829 | 915 | 82 | 6,327 |
| Hate Email / Internet Harassment[5] | | | | | | | | | | | |
| Hoax Devices / Suspicious Packages[6] | | | | | | | | | | | |
| Bomb Threats | 11 | 15 | 12 | 22 | 14 | 41 | 13 | 79 | 31 | 7 | 245 |
| Picketing[7] | 45 | 292 | 2,898 | 2,279 | 1,407 | 1,356 | 3,932 | 7,518 | 8,402 | 1,808 | 29,937 |
| Obstruction[8] | | | | | | | | | | | |
| **Totals** | 77 | 449 | 3,379 | 2,929 | 1,802 | 1,652 | 4,550 | 10,426 | 9,348 | 1,897 | 36,509 |
| **Clinic Blockades** | | | | | | | | | | | |
| Number of Incidents | 34 | 41 | 83 | 66 | 25 | 5 | 7 | 25 | 2 | 1 | 289 |
| Number of Arrests[9] | 1,363 | 3,885 | 2,580 | 1,236 | 217 | 54 | 65 | 29 | 16 | 2 | 9,447 |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.

| NAF VIOLENCE AND DISRUPTION STATISTICS (Summary by Decade) INCIDENTS OF VIOLENCE & DISRUPTION AGAINST ABORTION PROVIDERS | | | | | | |
|---|---|---|---|---|---|---|
| | 1977 to 89 | 1990 to 99 | 2000 to 09 | 2010 to 19 | 2020 to 22 | Totals |
| **Violence** | | | | | | |
| Murder | 0 | 7 | 1 | 3 | 0 | 11 |
| Attempted Murder | 0 | 16 | 1 | 9 | 0 | 26 |
| Bombing | 25 | 15 | 1 | 1 | 0 | 42 |
| Arson | 64 | 96 | 14 | 15 | 11 | 200 |
| Attempted Bombing / Arson | 37 | 39 | 20 | 4 | 6 | 106 |
| Invasion | 247 | 117 | 25 | 60 | 43 | 492 |
| Vandalism | 244 | 575 | 570 | 541 | 304 | 2,234 |
| Trespassing[1] | | 193 | 1,864 | 4,333 | 2,637 | 9,027 |
| Butyric Acid Attacks | 0 | 100 | 0 | 0 | 0 | 100 |
| Anthrax / Bioterrorism Threats | 0 | 47 | 614 | 2 | 4 | 667 |
| Assault & Battery | 58 | 53 | 71 | 132 | 217 | 531 |
| Death Threats / Threats of Harm[2] | 70 | 247 | 88 | 351 | 600 | 1,356 |
| Kidnapping | 2 | 1 | 1 | 0 | 0 | 4 |
| Burglary[3] | 20 | 35 | 98 | 158 | 64 | 375 |
| Stalking[4] | | 404 | 110 | 106 | 124 | 744 |
| Totals | 767 | 1,945 | 3,478 | 5,715 | 4,010 | 15,915 |
| **Disruption** | | | | | | |
| Hate Mail / Harassing Calls | 192 | 6,327 | 6,210 | 8,917 | 8,825 | 30,471 |
| Hate Email / Internet Harassment[5] | | | 345 | 128,237 | 69,437 | 198,019 |
| Hoax Devices / Suspicious Packages[6] | | | 160 | 128 | 171 | 459 |
| Bomb Threats | 237 | 245 | 129 | 51 | 24 | 686 |
| Picketing[7] | 847 | 29,937 | 110,600 | 411,837 | 341,696 | 894,917 |
| Obstruction[8] | | | | 9,677 | 7,251 | 16,928 |
| Totals | 1,276 | 36,509 | 117,444 | 558,847 | 427,404 | 1,141,480 |
| **Clinic Blockades** | | | | | | |
| Number of Incidents | 385 | 289 | 87 | 290 | 19 | 1,070 |
| Number of Arrests[9] | 24,380 | 9,447 | 4 | 18 | 65 | 33,914 |

[1] Tabulation of trespassing began in 1999.

[2] Death Threats, as of 2015, include any reported or discovered "Threats of Harm."

[3] This category includes incidents of Burglary, Robbery, and Theft that occurred at a reproductive health facility.

[4] Stalking is defined as the persistent following, threatening, and harassing of an abortion provider, staff member, or patient away from the clinic. Tabulation of stalking incidents began in 1993.

[5] Tabulation of email harassment began in 2002. As of mid-November 2015, enhanced technology allowed for an increased ability to document internet harassment.

[6] Tabulation of hoax devices began in 2002.

[7] NAF changed its method of collecting picketing data in 2012. Obstruction was separated into its own category.

[8] Tabulation of obstructions began in 2012. Obstruction is defined as the act of causing a delay or an attempt to cause a delay in the conduct of business or prevent persons from entering or exiting an area. This would apply to violations of the FACE Act.

[9] The "number of arrests" represents the total number of arrests, not the total number of persons arrested. Many individuals were arrested multiple times.